■ PHARMHEALTH INFUSION, INC., Respondent-Appellant, v ROHM SERVICES CORP. et al., Appellants-Respondents, et al., Defendant. (Appeal No. 1.) [671 NYS2d 364] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendants' motion to dismiss the fourth and fifth causes of action of the complaint. "[G]iven their most favorable intendment" (*Arrington v New York Times Co.*, 55 NY2d 433, 442, *rearg denied and dismissed* 57 NY2d 669, 674, *cert denied* 459 US 1146), the allegations contained therein, supplemented by plaintiff's additional submissions (*see, Rovello v Orofino Realty Co.*, 40 NY2d 633), establish a prima facie case of breach of contract. Additionally, the court properly denied plaintiff's cross motion for partial summary judgment as premature because issue was not yet joined (*see,* CPLR 3212 [a]). (Appeals from Order of Supreme Court, Monroe County, Stander, J.— Summary Judgment.) Present—Lawton, J. P., Hayes, Callahan and Balio, JJ.

■ PHARMHEALTH INFUSION, INC., Respondent-Appellant, v ROHM SERVICES CORP. et al., Appellants-Respondents, et al., Defendant. (Appeal No. 2.) [671 NYS2d 390] —Appeals unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeals from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Lawton, J. P., Hayes, Callahan and Balio, JJ.

■ PLANTA INDUSTRIAL, S. A., Respondent, v LAPP INSULATOR COMPANY, Appellant. [671 NYS2d 365] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mahoney, J. (Appeal from Order of Supreme Court, Genesee County, Mahoney, J.—Summary Judgment.) Present—Lawton, J. P., Hayes, Callahan, Balio and Boehm, JJ.

■ SEAN J. McNAMARA, Individually and as Father and Natural Guardian of SEAN A. McNAMARA, an Infant, Plaintiff, v TIMOTHY BANNEY et al., Defendants. THOMAS M. BOECK et al., Third-Party Plaintiffs, v KAREN KLINE, Third-Party Defendant-Respondent. TIMOTHY BANNEY, Second Third-Party Plaintiff-Respondent, v SEAN J. McNAMARA et al., Second Third-Party Defendants-Appellants. [672 NYS2d 569] —Order unanimously reversed on the law with costs, motion granted and counterclaim and second third-party complaint dismissed. Memorandum: During the early morning hours of August 10, 1985, plaintiff raised the window in the second-story bedroom occupied by his infant son about two inches to increase air circulation in the room. When plaintiff and his wife left for